**Motion Carried with the Case; Order filed April 7, 2015.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00899-CV
NO. 14-14-00932-CV
_____

**MAYOR ANNISE PARKER AND CITY OF HOUSTON, Appellants**

**V.**

**JACK PIDGEON AND LARRY HICKS, Appellees**

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 2014-61812**

## ORDER

On March 20, 2015, appellants filed a motion to strike the appendix and portions of the brief filed by appellees on March 16, 2015. The motion to strike is carried with the case. The parties are invited to file one supplemental brief per side, not to exceed 5,000 words per side, addressing the following cases: (1) No. 14-556 *Obergefell v. Hodges*, No. 14-562 *Tanco v. Haslam*, No. 14-571 *DeBoer v. Snyder*, and No. 14-574 *Bourke v. Beshear*, all pending in the Supreme Court of the United

States; and (2) No. 14-50196 *De Leon v. Perry*, pending in the United States Court of Appeals for the Fifth Circuit. The supplemental briefs shall be filed no later than July 15, 2015.


PER CURIAM


Panel consists of Justices Boyce, McCally, and Donovan.